■ In the Matter of JAMES A. McTIERNAN, III, Respondent, v CITY OF ROCHESTER et al., Appellants. [675 NYS2d 569] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Siragusa, J. (Appeal from Judgment of Supreme Court, Monroe County, Siragusa, J.—CPLR art 78.) Present—Denman, P. J., Green, Pigott, Jr., Balio and Boehm, JJ.